Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

CARL COMFORT and RITA COMFORT,

    Plaintiffs,

v.

EXMARK MANUFACTURING COMPANY INCORPORATED, a Nebraska corporation, THE TORO COMPANY, a Delaware corporation; JOHN DOE MANUFACTURER, 1 through 10; and JOHN DOE CORPORATION 1 through 10,

    Defendants.

No. 2:20-cv-00890-MJP

STIPULATION AND ORDER OF DISMISSAL

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by the parties and the undersigned attorneys for the parties that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-referenced case has settled and should be DIMISSED with prejudice and without an award of costs of fees to any party.

STIPULATION AND ORDER OF DISMISSAL (2:20-cv-00890-MJP) - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| | |
|---|---|
| 1 | Stipulated to and presented on this 13th day of May, 2021. |

KELLER ROHRBACK L.L.P.　　　　　　CARNEY BADLEY SPELLMAN, P.S.

By: *s/ Ian S. Birk*
　　Ian S. Birk, WSBA #31431
　　1201 Third Avenue, Suite 3200
　　Seattle, WA 98101
　　Phone: (206) 623-1900
　　Email: ibirk@kellerrohrback.com

***Attorneys for Plaintiffs Carl Comfort and Rita Comfort***

By: *s/ S. Jay Terry*
　　S. Jay Terry (WSBA #28448)
　　701 Fifth Avenue, Suite 3600
　　Seattle, WA 98101
　　Phone: (206) 622-8020
　　Email: terry@carneylaw.com

***Attorneys for Defendants Exmark Manufacturing Company Incorporated and The Toro Company***

STIPULATION AND ORDER OF DISMISSAL (2:20-cv-00890-MJP) - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

# ORDER

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-referenced case is hereby DISMISSED with prejudice and without an award of costs of fees to any part. The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 13th day of May, 2021.

*[signature]*

Honorable Marsha J. Pechman
United States Senior District Judge

STIPULATION AND ORDER OF DISMISSAL (2:20-cv-00890-MJP) - 3

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384